AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:25-mj-00306 |
| Jorge Luis Cervantes-Paredes | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 16, 2025__ in the county of __Washington,__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a), (b) | Assaulting a Federal Officer Resulting in Bodily Injury |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Matthew Laramee, Homeland Security Investigations

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Matthew Laramee, Specical Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __11:55__ a.m./☒m.

Date: 10/20/2025

*Judge's signature*

City and state: Portland, Oregon     Honorable Jolie Russo, U.S. Magistrate Judge
*Printed name and title*